UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION , <br><br> *Plaintiffs,* <br><br> v. <br><br> DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, and DEPARTMENT OF STATE, <br><br> *Defendants.* | No. 17 Civ. 9972 (ER) <br><br> Hon. Edgardo Ramos <br> United States District Judge <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, it is hereby requested that the appearance of Anna Diakun as counsel for Plaintiffs the American Civil Liberties Union and the American Civil Liberties Union Foundation in this matter be withdrawn, as her employment with the American Civil Liberties Union Foundation ("ACLU") concluded on September 27, 2019. Plaintiffs continue to be represented by ACLU attorneys Hina Shamsi and Brett Max Kaufman, as indicated on the Court's docket. The Undersigned counsel respectfully requests this Honorable Court enter an Order granting the motion to withdraw.

Dated: September 27, 2019

Respectfully submitted:

*s/ Anna Diakun*
Anna Diakun
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
Fax: (212) 549-2654
adiakun@aclu.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2019, the foregoing Motion to Withdraw as Counsel was served on all counsel of record via ECF.

*s/ Anna Diakun*
Anna Diakun

*Counsel for Plaintiffs*