UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION, and
AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

    Plaintiffs,

– *against* –

DEPARTMENT OF DEFENSE, DEPARTMENT OF
JUSTICE, and, DEPARTMENT OF STATE,

    Defendants.

THE NEW YORK TIMES COMPANY,

    Plaintiff,

– *against* –

DEPARTMENT OF DEFENSE,

    Defendant.

**ORDER**

17 Civ. 9972 (ER)
20 Civ. 0043 (ER)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Jan. 15, 2020

Ramos, D.J.:

    On January 7, 2020, the Court accepted *The New York Times Company v. Department of Defense*, 20 Civ. 0043, as related to *American Civil Liberties Union et al. v. Department of Defense et al.*, 17 Civ. 9972. On January 8, 2020, the American Civil Liberties Union requested a pre-motion conference for summary judgment and noted that The New York Times also intended to file a motion for summary judgment. 17 Civ. 9972, Doc. 23. The Government responded on January 13, 2020 that it does not object to consolidating the briefing schedule for the motions for summary judgment in both cases. *Id.* at 24. The New York Times filed a letter on January 14, 2020 indicating its agreement to a single briefing schedule in both actions. 20 Civ. 0043, Doc. 8.

For the reasons set forth above, the Court sets the following consolidated briefing schedule for both actions: motions due February 12, 2020; oppositions due March 11, 2020; and replies due March 25, 2020. Furthermore, in light of this briefing schedule, the request for a pre-motion conference filed in 17 Civ. 9972, Doc. 23, is DENIED as moot.

It is SO ORDERED.

Dated: January 15, 2020
       New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.