# Exhibit 2.2

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~



**HEADQUARTERS**
**UNITED STATES AFRICA COMMAND**
Office of the Commander
UNIT 29951
APO AE 09751-9951



23 February 2018

MEMORANDUM FOR  CHIEF OF STAFF, UNITED STATES AFRICA COMMAND
COMMANDER, UNITED STATES AIR FORCES AFRICA
COMMANDER, SPECIAL OPERATIONS COMMAND AFRICA

SUBJECT:   (U) Action on Findings, Army Regulation (AR) 15-6 Investigation Findings: 4
October 2017 Enemy Contact Event in Tongo Tongo, Niger

1.   (U) The findings and recommendations (as modified) in the subject investigation dated 31
January 2018 are approved and forwarded as indicated.  (See enclosure.)

2.   (U//~~FOUO~~) I convey my deepest condolences to the families of our deceased Soldiers as well
as those of our Nigerien partners.  Additionally, I want to recognize the individual valor and
courage displayed by the Soldiers of [(b)(3)//(b)(6)] and their partners in the Nigerien Armed
Forces during the events of 4 October 2017.  Finally, I want to acknowledge that even more U.S.
and Nigerien Soldiers would have perished if it had not been for the unhesitating response of our
French and Nigerien partners.

3.   (U//~~FOUO~~) The enclosed findings and recommendations, as modified, reflect how U.S.
Africa Command will address organizational factors that contributed to the tragedy on 4 October
2017, as well as the numerous issues that need to be addressed so that U.S. Africa Command and
its component commands can better operate in accordance with strategic direction.

4.   (U//~~FOUO~~) I direct the Chief of Staff, U.S. Africa Command, through each responsible U.S.
Africa Command Directorate, to take appropriate action on the approved Army Regulation 15-6
recommendations pertaining to Headquarters, U.S. Africa Command.  I direct the Commanders
of U.S. Air Forces Africa and U.S. Special Operations Command Africa to take appropriate
action on the approved Army Regulation 15-6 recommendations pertaining to their respective
headquarters.  Within 60 days, these Commanders will provide me, through the Chief of Staff,
U.S. Africa Command, an update on the completion of their actions.

5.   (U//~~FOUO~~) I direct this investigation's documentary evidence, findings, and
recommendations be appropriately classified, declassified, and coordinated for Freedom of
Information Act (FOIA) processing.  Within 60 days, the Chief of Staff, U.S. Africa Command
will provide me an update on the completion of these actions and the progress made.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//FOR OFFICIAL USE ONLY

SUBJECT:  (U) Army Regulation (AR) 15-6 Investigation Findings: 4 October 2017 Enemy
Contact Event in Tongo Tongo, Niger

6.  (U) The point of contact for this memorandum is Legal Counsel, U.S. Africa Command.

Thomas D. Waldhauser
General, U.S. Marine Corps
Commander, U.S. Africa Command

Enclosure:
1.  (U) Findings

UNCLASSIFIED//FOR OFFICIAL USE ONLY