# Exhibit 4



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 13, 2019

<u>**BY EMAIL**</u>

Brett Max Kaufman
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004

      Re:    *ACLU v. Department of Defense et al.*,
             No. 17 Civ. 9972 (ER)

Dear Brett:

      We write in response to your letter dated June 27, 2019, which attached a document that your letter indicates you obtained from the Department of Defense ("DoD").  DoD does not have authority to declassify the information at issue.  *See* Executive Order 13526 § 3.1(b).  Accordingly, the defendant agencies maintain their Glomar response to the FOIA request.

                     Very truly yours,

| | |
|---|---|
| JOSEPH H. HUNT | GEOFFREY S. BERMAN |
| Assistant Attorney General | United States Attorney for |
| | Southern District of New York |
| | |
| By:   *Elizabeth J. Shapiro* | By:   *Sarah S. Normand* |
| ELIZABETH J. SHAPIRO | SARAH S. NORMAND |
| U.S. Department of Justice | Assistant U.S. Attorney |
| Federal Programs Branch | 86 Chambers Street, Third Floor |
| P.O. Box 883 | New York, New York 10007 |
| Washington, D.C. 20044 | Telephone:  (212) 637-2709 |
| Telephone:  (202) 514-5302 | Facsimile:  (212) 637-2730 |
| Facsimile:  (202) 616-8470 | Sarah.Normand@usdoj.gov |
| Elizabeth.Shapiro@usdoj.gov | |