UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF DEFENSE *et al.*,<br><br>    Defendants. | No. 17 Civ. 9972 (ER) |
| THE NEW YORK TIMES COMPANY,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>    Defendant. | No. 20 Civ. 43 (ER) |

**REVISED SCHEDULING ORDER**

WHEREAS defendants have filed a letter-motion seeking, with the consent of plaintiffs, an extension of time set forth in this Court's memo-endorsed Order dated January 15, 2021, to file their second consolidated motion for summary judgment in these actions brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552,

IT IS HEREBY ORDERED THAT the schedule set forth in the Court's January 15, 2021 Order is amended as follows:

    Government's consolidated motion due:    April 23, 2021

- 2 -

Plaintiffs' oppositions and cross-motions due:     May 21, 2021

Government's consolidated opposition and reply due:     June 18, 2021

Plaintiffs' replies due:  July 9, 2021.

SO ORDERED.

Dated: February 19, 2021
New York, New York

_____
HONORABLE EDGARDO RAMOS
United States District Judge