UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE *et al.*,<br><br>Defendants. | No. 17 Civ. 9972 (ER) |
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>Defendant. | No. 20 Civ. 43 (ER) |

**REVISED SCHEDULING ORDER**

WHEREAS defendants have filed a letter-motion seeking, with the consent of plaintiffs, an adjournment of the briefing schedule set forth in this Court's memo-endorsed Order dated February 19, 2021, in these actions brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552,

IT IS HEREBY ORDERED THAT the briefing schedule set forth in the Court's February 19, 2021 Order is adjourned.  The government will produce a redacted version of the document sought in the plaintiffs' FOIA requests by April 30, 2021.  The parties will meet and

- 2 -

confer and submit a status report by May 28, 2021.  To the extent any issues remain to be litigated, the status report will include a proposed briefing schedule.

SO ORDERED.

Dated: April 22, 2021
New York, New York

_____
HONORABLE EDGARDO RAMOS
United States District Judge